IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA WILSON, ) | |
| ) | |
| v. ) | 3:09-0892 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security. ) | |

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends affirmance of the opinion and judgment of the Administrative Law Judge and the Commissioner. Plaintiff has timely objected to the Magistrate Judge's Report and the Commissioner has responded to the objections.

Substantial evidence exists in the record supporting the opinion of the Administrative Law Judge and the Magistrate Judge that this Plaintiff would not be disabled if she would stop drinking and follow her treatment regimens. When this is the case, the decision of the Commissioner must be and the same is hereby, affirmed.

For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #18, is **DENIED**, the decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge